IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| | : | DATE FILED: _____ |
| v. | : | VIOLATIONS: |
| | : | 29 U.S.C. §501(c) (embezzlement from a |
| SCOTT GEHRINGER | | labor union) – 2 counts |
| ALEX MARGARITIS | : | 18 U.S.C. §2 (aiding and abetting) |

**INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times material to this information:

1. The International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers was a labor organization engaged in an industry affecting interstate commerce within the meaning of Title 29 of the United States Code.

2. International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers Local 594 (hereinafter referred to as "Local 594" or the "union") was a labor organization engaged in an industry affecting interstate commerce within the meaning of Title 29 of the United States Code and conducted union meetings in Bethlehem, Pennsylvania.

3. Defendant SCOTT GEHRINGER was an officer of Local 594 as that term is defined in Section 402(n) of Title 29, United States Code, that is, president of Local 594 from July 2005 through May 2006, and was a signatory on Local 594's checking account. As president of the union, GEHRINGER handled members' grievances, chaired monthly membership meetings and served on the union's executive board.

      4.      Defendant ALEX MARGARITIS was an officer of Local 594 as that term is defined in Section 402(n) of Title 29, United States Code, that is, the financial secretary of Local 594, from July 2005 through May 2006, and was a signatory on Local 594's checking account. As financial secretary of the union, ALEX MARGARITIS collected and deposited organization ("union") dues, made all union disbursements, maintained all union financial records and served on the union's executive board.

      5.      Local 594 maintained a checking account at Keystone Savings Bank, now known as Keystone Nazareth Bank and Trust, Bethlehem, Pennsylvania.

## COUNT ONE

From in or about October 2005 to in or about April 2006, in the Eastern District of Pennsylvania, defendant

## SCOTT GEHRINGER

did aid and abet the embezzlement of, and embezzled, stole, and unlawfully and willfully abstracted and converted to his own use, moneys and funds of Local 594, approximately $3,050.00, in that the defendant and Alex Margaritis, without authorization, caused and accepted check disbursements made from funds in the checking account of Local 594 in this amount, for GEHRINGER's own personal benefit.

All in violation of Title 29, United States Code, Section 501(c) and Title 18, United States Code, Section 2.

## COUNT TWO

From in or about October 2005 to in or about May 2006, in the Eastern District of Pennsylvania, defendant

## ALEX MARGARITIS

did aid and abet the embezzlement of, and embezzled, stole, and unlawfully and willfully abstracted and converted to his own use, moneys and funds of Local 594, approximately $13,320.79, in that the defendant and Scott Gehringer, without authorization, caused and accepted check disbursements made from funds in the checking account of Local 594 in this amount, for MARGARITIS' own personal benefit.

All in violation of Title 29, United States Code, Section 501(c) and Title 18, United States Code, Section 2.

_____
**PATRICK L. MEEHAN**
**UNITED STATES ATTORNEY**